**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00015-CV

## IN RE BABY DOLLS TOPLESS SALOONS, INC.
## AND BURCH MANAGEMENT COMPANY, INC., Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00644**

## ORDER

Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Schenck, J., dissenting.